IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANNIE STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV382 |
| | ) | |
| v. | ) | |
| | ) | |
| TIMEOUT FOODS, LLC, STEVEN MERCER, JOHN DOE 1 and 2, INCLUSIVE, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's applications to proceed in district court without prepaying fees or costs (Filing No. 2; Filing No. 4). Upon review of the motions, which appear to be identical, the Court finds that plaintiff is financially eligible to proceed in forma pauperis.

IT IS ORDERED that plaintiff's motion (Filing No. 2) is denied as moot; plaintiff motion for leave to proceed in forma pauperis (Filing No. 4) is granted. The complaint shall be filed without payment of costs.

DATED this 9th day of November, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court