IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANNIE STEWART, Individually, | ) | CASE NO. 8:15CV382 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| TIMEOUT FOODS, LLC, STEVEN MERCER, and JOHN DOES 1 and 2, Inclusive, | ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ANNIE STEWART, Individually, | ) | CASE NO. 8:16CV46 |
| | ) | |
| Plaintiff, | ) | |
| | ) | REASSIGNMENT |
| v. | ) | ORDER |
| | ) | |
| TIMEOUT FOODS, LLC, STEVEN MERCER, and JOHN DOES 1 and 2, Inclusive, | ) ) | |
| | ) | |
| Defendants. | ) | |

It has come to this Court's attention that the above cases are related as defined under NEGenR 1.4(a)(4)(C)(iii). Accordingly, Case No. 8:16CV46 is reassigned to Senior Judge Lyle E. Strom for disposition and to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters. Plaintiff's attorney is advised to refer to NEGenR 1.4(a)(4)(A) when opening a new case on ECF.

IT IS SO ORDERED.

DATED this 31st day of October, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge